# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO  
CLERK OF COURT

MARK S. DAVIS  
CHIEF JUDGE

June 3, 2020

Mr. Randall Keystone, #22362084  
Gilmer FCI  
P. O. Box 6000  
Glenville, WV  26351

**Re:** Thorpe, et al. v. Virginia Department of Corrections, et al.  
Civil Action No.  3:19cv00332

Dear Mr. Keystone:

The Clerk's Office is in receipt of your letter dated May 18, 2020.

As of April 21, 2020, this case was Transferred to the Western District of Virginia.  Your name does not appear as a listed party on the Docket Report for the Eastern District of Virginia.

The Clerk's Office charges a fee of ten cents ($ .10) per page for copies of documents including Docket Reports in any case beginning in 2007 or after.  Free copies are not provided to anyone, regardless of financial status.

According to your letter, you are requesting the Status or a copy of the Docket Report in the above referenced case.  The cost for the report is $2.10 for 21 pages, as documents are added, the cost will increase.

If you wish to obtain a copy of the Docket Report, please send a money order made payable to the *Clerk, U.S. District Court* in the appropriate amount.   Once we have received payment, the Docket Report will be mailed to you.

If further assistance is required, please feel free to contact the Clerk's Office.

Sincerely,

FERNANDO GALINDO, CLERK

By:  /s/ S. Beal_____  
Deputy Clerk